NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT MICHAEL MILLER,**
*Petitioner,*

**v.**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Respondent.*

---

2014-3137

---

Petition for review of the Merit Systems Protection Board in No. DC-3330-13-0504-I-1.

---

**ON MOTION**

---

**O R D E R**

Robert Michael Miller moves without opposition for a 30-day extension of time, until September 29, 2014, to file his informal brief, for an extension of time, until November 6, 2014, to file his formal brief, and for other relief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that an informal brief is due no later than September 29, 2014 or, in the

2                                                     MILLER v. FDIC

alternative, a formal brief is due no later than November
6, 2014.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court


s27